UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G.,

                              Plaintiff,

          -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, NEW YORK CITY BOARD
OF EDUCATION, and CHANCELLOR
RICHARD CARRANZA, in his official capacity,

                              Defendants.

19 Civ. 3092 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff M.G.'s motion for reconsideration of its August 7, 2020

order, which raises substantial questions regarding the decision in that order.  *See* Dkt. 43.

Defendants are directed to respond to M.G.'s motion by **Friday, August 14, 2020.**

M.G.'s deadline to file the second amended complaint is continued pending the resolution

of this motion.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: August 12, 2020
       New York, New York