UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.G., *on behalf of herself and her minor child,* D.G.,

                                    Plaintiff,

                  -v-

NEW YORK CITY DEPARTMENT OF
EDUCATION, NEW YORK CITY BOARD
OF EDUCATION, and CHANCELLOR
MEISHA PORTER, *in her official capacity*,

                                  Defendants.

19 Civ. 3092 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court, by separate order, has entered the Case Management Plan and Scheduling Order as proposed by the parties. To ensure that this case moves expeditiously toward resolution, by settlement or otherwise, the Court hereby schedules a status conference in this matter for **Tuesday, April 20, 2021, at 1:00 p.m.** This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      Further, as requested by the parties, the Clerk of Court is respectfully directed to substitute Chancellor Meisha Porter, in her official capacity, for Chancellor Richard Carranza as a defendant in this case, pursuant to Federal Rule of Civil Procedure 25(d).

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 26, 2021
       New York, New York