UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., *on behalf of herself and her minor child,* D.G.,<br><br>                                        Plaintiff,<br>                     -v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and CHANCELLOR MEISHA PORTER, *in her official capacity*,<br><br>                                      Defendants. | 19 Civ. 3092 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's status conference, the parties are directed to file a joint status report by May 20, 2021, and every 30 days thereafter, until this case is resolved.

SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 20, 2021
       New York, New York